```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12533
    JESSIE L. IVY
    BETTY GRANT-IVY                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-5279     SSN XXX-XX-2538

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 05/16/08 .

    2.   The case was dismissed without confirmation, 09/12/2008.

    3.   The Debtor paid a total of $    1823.33 .

    4.   The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG        .00            .00            .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE  NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  SECURED              .00            .00         118.08
FORD MOTOR CREDIT CO      SECURED VEHIC        .00            .00         443.32
GREAT AMERICAN FINANCE    SECURED              .00            .00          59.04
APPLIED CARD BANK         UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED            .00            .00
CITIBANK                  UNSECURED      NOT FILED            .00            .00
CREDIT ONE BANK           UNSECURED      NOT FILED            .00            .00
FREMONT INVESTMENT        UNSECURED      NOT FILED            .00            .00
GEMB                      UNSECURED      NOT FILED            .00            .00
HSBC                      UNSECURED      NOT FILED            .00            .00
ILLINOIS COLLECTION       UNSECURED      NOT FILED            .00            .00
NICOR GAS                 UNSECURED      NOT FILED            .00            .00
         Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED      PRIORITY   UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED       .00           .00         .00        .00           .00
PRINCIPAL PAID        620.44           .00         .00        .00        620.44
INTEREST PAID            .00           .00         .00        .00           .00
TOTAL PAID            620.44           .00         .00        .00        620.44
The Debtor's attorney, GLENDA J GRAY                 , was allowed $    3500.00
and was paid $    100.00   direct and $    671.13  through the plan.

The Trustee received $     75.76 .

Refunds to the Debtor totaled $     456.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/17/08                               /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE